COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Kenneth B. Chaiken and Chaiken & Chaiken, P.C.

Appellate case number:   01-21-00200-CV

Trial court case number:  1156293

Trial court:           County Civil Court at Law No. 1 of Harris County

Relators, Kenneth B. Chaiken and Chaiken & Chaiken, P.C., filed a petition for writ of mandamus and a corresponding motion for temporary relief to stay the trial court's order that relators pay $50,000.00 in sanctions on or before April 23, 2021. This Court granted the motion on April 23, 2021. The Court also requested that real parties in interest respond to relator's petition for writ of mandamus by May 13, 2021.

On April 28, 2021, relators filed a second motion for temporary relief, requesting that this Court

- Stay the trial court's April 13, 2021 order prohibiting "ad hominem, personal attacks" in relators' pleadings;

- Stay the final two paragraphs[1] of the trial court's April 26, 2021 sanctions order; and

- Set a briefing schedule for relators to file an amended or supplemental petition and for real parties in interest to file a response.

---

[1] The last two paragraphs of the April 26, 2021 order state:

It is further **ORDERED, ADJUDGED AND DECREED** that Movants and their counsel, on their appeal, shall not mislead any appellate court by falsely suggesting stricken records were admitted into evidence.

It is further **ORDERED, ADJUDGED AND DECREED** that Movants and their counsel shall refrain from filing documents with this court that contain superfluous exhibits or attachments, unrelated in law or fact to the motion to which they accompany or are not referenced at the oral hearing on said motion, if any.

Relators' motion is **granted.**

Relators' supplemental or amended petition for writ of mandamus is due May 24, 2021. Real parties in interest's response to relators' original petition for writ of mandamus and any supplemental or amended petition is due twenty days from the date relators file their supplemental or amended petition.

It is so ORDERED.


Judge's signature:_____/s/Julie Countiss_____
                         Acting individually


Date:  May 4, 2021